United States District Court
For The Western District of North Carolina
Charlotte Division

Jorge Galeas, Jr.,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                                3:12cv682

Aaron Allen David, et al

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/18/2012 Order.

Signed: December 18, 2012

_____
Frank G. Johns, Clerk
United States District Court