UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-682-RJC

| | |
|---|---|
| JORGE GALEAS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| AARON ALLEN DAVID, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment, (Doc. No. 16), filed on August 4, 2016, in which Plaintiff states that he seeks default judgment against Defendants in the amount of $700 million in his underlying civil rights action brought under 42 U.S.C. § 1983. Plaintiff's motion will be denied as moot because this action was dismissed with prejudice by Order of this Court dated December 18, 2012. See (Doc. No. 10).

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion for Default Judgment, (Doc. No. 16), is **DENIED** as moot.

Signed: August 25, 2016

Robert J. Conrad, Jr.
United States District Judge

-1-